In the Supreme Court
Rtbl$^e$ 3$^d$ Monday in Sept$^{ber}$ next 1817

*John M$^c$Donnell*
*vs*
*Reginald James*

DUNCAN REID
Dep$^t$ Chff

TERRITORY OF MICHIGAN—TO WIT

THE UNITED STATES *of America to John Anderson Esq$^r$*

You are hereby Commanded that laying all other matters aside you be in your proper person before the judges of our Supreme Court on the 3$^d$ monday in Sept$^{ber}$ next, and that you bring into Court a Certain letter written by Reginald James to Richard Pattinson, & by the Said Pattinson transmitted to you the said John Anderson about the month of June one thousand Eight hundred fifteen.  Hereof fail not under the penalty of the law WITNESS Augustus B. Woodward presiding judge of our Said Court Detroit 30 August 1817           PETER AUDRAIN
clk   S. C. T. M.

[In the handwriting of Peter Audrain]